■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NILDA SANTIAGO, Appellant. [721 NYS2d 253] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Ruchelsman, J.), rendered November 15, 1999, convicting her of criminal sale of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims are either unpreserved for appellate review (*see, People v Lopez,* 71 NY2d 662) or waived (*see, People v Hayes,* 239 AD2d 358). In any event, there is nothing in the defendant's factual allocution which casts doubt upon her guilt, negates an essential element of the crime, or suggests a legitimate defense (*see, People v Dozier,* 221 AD2d 655). Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.